UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-25051-MGC

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MIA APPLIANCES, LLC, a
Florida limited liability company,**

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff VICTOR ARIZA, through undersigned counsel, hereby gives notice of the voluntary dismissal without prejudice of the above-styled cause.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| | |
| By   *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Brenda J. Schamy, Esq.
DiSchino & Schamy, PLLC
4770 Biscayne Blvd., Ste. 1280
Miami, FL 33137
Tel: (786) 581-2542
Email:  brenda@dsmiami.com

*Attorneys for Defendant MIA Appliances, LLC*

    /s/  *Roderick V. Hannah*
    Roderick V. Hannah